UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SAMSUNG DISPLAY CO., LTD.<br><br>*Plaintiff*,<br><br>v.<br><br>BOE TECHNOLOGY GROUP CO., LTD. and MIANYANG BOE OPTOELECTRONICS TECHNOLOGY CO., LTD.<br><br>*Defendants*. | Civil Action No. 2:23-cv-00309-JRG |

**PROPOSED ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659(a)**

Before the Court is the Unopposed Motion to Stay Pursuant to 28 U.S.C. § 1659(a) filed by BOE Technology Group Co., Ltd., and Mianyang BOE Optoelectronics Technology Co., Ltd. (collectively "Defendants"). After considering the same, the Motion is GRANTED.

IT IS SO ORDERED that the above-captioned action is STAYED pending resolution of the Investigation pending before the United States International Trade Commission and instituted as *In the Matter of Certain Active Matrix Organic Light-Emitting Diode Display Panels And Modules For Mobile Devices, And Components Thereof*, Inv. No. 337-TA-1351.