# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SAMSUNG DISPLAY CO., LTD., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 2:23-CV-00309-JRG-RSP |
| BOE TECHNOLOGY GROUP CO., LTD. § | |
| and MIANYANG BOE § | |
| OPTOELECTRONICS TECHNOLOGY § | |
| CO., LTD., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (the "Notice") filed by Plaintiff Samsung Display Co., Ltd. ("Plaintiff"). (Dkt. No. 9.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Jun 2, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE